IN THE UNITES STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV385

| | |
|---|---|
| ADRIAN B. MURRELL and PHOENICIAN TRUST, ) ) ) | |
| Plaintiffs, ) ) | |
| Vs. ) ) | ORDER |
| FIRST HORIZON LOANS, BAYVIEW LOAN SERVICING, LLC and TRUSTEE SERVICES OF CAROLINA, LLC, ) ) ) ) | |
| Defendants. ) ) | |

This matter is before the Court upon Defendants' Bayview Loan Servicing, LLC and Trustee Services of Carolina, LLC's Motions to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. A *Roseboro* notice was sent to the *pro se* Plaintiff on August 28, 2013, directing Plaintiff to respond to the motions. Plaintiff failed to respond to the motions as directed by the Court, instead filing a document labeled "Statement of Claim" on September 16, 2013.

After reviewing the Complaint and the filings of the parties, the Court finds that Plaintiff has failed to state a claim upon which relief can be granted and the Complaint is subject to dismissal.

IT IS THEREFORE ORDERED that the Defendants' Motions to Dismiss are hereby GRANTED and this case is dismissed as against all Defendants.

Signed: October 30, 2013

Graham C. Mullen
United States District Judge